UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ANGELA MCCORD, | : | Case No. 3:15-cv-191 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | |
| vs. | : | Magistrate Judge Michael J. Newman |
| | : | |
| CAROLYN W. COLVIN, | : | |
| COMMISSIONER OF THE SOCIAL | : | |
| SECURITY ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY**

This is an action under 42 U.S.C. § 405(g) for review of the decision of the Commissioner of the Social Security Administration ("Commissioner") denying Plaintiff Angela McCord's application for Disability Insurance Benefits and Supplemental Security Income.  On August 2, 2016, Magistrate Judge Michael J. Newman entered a Report and Recommendation (Doc. 10), which recommended that the Court affirm the Commissioner's decision.  On August 19, 2016, Plaintiff filed Objections (Doc. 11) to the Report and Recommendation.  On August 25, 2016, the Commissioner responded to Plaintiff's Objections.  (Doc. 12.)  This matter is therefore ripe for review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case.  Upon said review, the Court finds that Plaintiff's Objections (Doc. 11) to the Report and Recommendation (Doc. 10) are not well taken and they are hereby **OVERRULED**.  The Court **ADOPTS** the Report and Recommendation (Doc. 10) in its entirety and **AFFIRMS** the Commissioner's non-disability decision.  The Clerk is **ORDERED** to terminate this case on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, September 13, 2016.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE